MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

TALIA FALK (NYBN 4944245)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: talia.falk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00379 PJH |
|    Plaintiff, | DETENTION ORDER |
| v. | |
| ARTEMIO ALEJANDRO VILLA, | |
|    Defendant. | |

**I.  DETENTION ORDER**

      Defendant Artemio Alejandro Villa ("the defendant") is charged in a one-count indictment with being a felon in possession of ammunition, in violation of 18 U.S.C. § 922(g). On June 21, 2013, the United States moved for a detention hearing pursuant to 18 U.S.C. § 3142(f)(1)(E).  Following the hearing under 18 U.S.C. § 3142(f) on June 28, 2013, and considering the parties' proffer, the bail study, and the factors set forth in section 3142(g), the Court finds that the government has met its burden of proving by clear and convincing evidence that no condition or combination of conditions in section 3142(c) will reasonably assure the safety of any other person or the community.  *See* 18 U.S.C. § 3142(e) and (f).

DETENTION ORDER
No. CR 13-00379 PJH

1  The Court therefore orders Artemio Alejandro Villa detained.  The defendant is
2  committed to the custody of the Attorney General or a designated representative for confinement
3  in a corrections facility separate, to the extent practicable, from persons awaiting or serving
4  sentences or held in custody pending appeal.  *See* 18 U.S.C. § 3142(i)(2).  The defendant must be
5  afforded a reasonable opportunity to consult privately with counsel.  *See id.* § 3142(i)(3).  On
6  order of a court of the United States or on request of an attorney for the government, the person
7  in charge of the corrections facility must deliver the defendant to the United States Marshal for a
8  court appearance.  *See id.* § 3142(i)(4).

10 DATED: June 28, 2013                                    /s/
                                                       TALIA FALK
11                                                     Special Assistant United States Attorney

12 IT IS SO ORDERED

14 DATED: June 28, 2013
                                                       DONNA M. RYU
15                                                     United States Magistrate Judge

DETENTION ORDER
No. CR 13-00379 PJH